**United States District Court for
the District of Maryland**

**United States**

**v.**

**Sean Sullivan**

**No. 1:23-cr-257-JRR-1**

**PROPOSED ORDER**

For good cause and the reasons stated in Mr. Sullivan's Motion to Dismiss Count Twenty-Five, the motion is GRANTED. It is hereby ORDERED that Count Twenty-Five is DISMISSED.

____________________________
The Honorable Julie R. Rubin
United States District Judge